SO ORDERED: October 09, 2009.

_____
James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| CANDA SUE MELKEY | ) CASE NO. 09-06565-FJO-13 |
| | ) |
| Debtor(s) | ) |
| | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of U.S. Bank, N.A., (hereinafter referred to as "U.S. Bank"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and having found that the Debtor(s) herein failed to make payments pursuant to a proposed Chapter 13 Plan, being in material default and failing to adequately protect movant's interest, and having found that said failure to make payments constitutes sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon

Melkey - File No. 029876B01

Real Estate filed by U.S. Bank, N.A. be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Hendricks County, Indiana:

LOT NUMBERED NINETEEN (19) IN PRESTWICK GLEN, SECTION (1) A SUBDIVISION IN WASHINGTON TOWNSHIP, HENDRICKS COUNTY, INDIANA, CREATED BY PLAT THEREOF RECORDED IN PLAT BOOK 10 PAGE 61 AND BY DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF PRESTWICK GLEN RECORDED ON AUGUST 30, 1979 AS INSTRUMENT NO. 5817 IN MISCELLANEOUS RECORD 80, PAGES 655-700; AMENDED DECLARATION AS INSTRUMENT NO 7728 DATED APRIL 29, 1983 AND RECORDED APRIL 29, 1983 IN MISCELLANEOUS RECORD 96, PAGE 695 ALL IN THE OFFICE OF THE RECORDER OF HENDRICKS COUNTY, INDIANA.

More commonly known as 877 Woodcross Ct, Avon, IN 46123-8162

ORDERED AND ADJUDGED: That the automatic stay as it relates to the property commonly known as 877 Woodcross Ct, Avon, IN 46123-8162 is vacated.

###

RANDY C. EYSTER
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

DISTRIBUTION:

Matthew D Boruta
Attorney at Law
543 East Market Street  Suite 1
Indianapolis, IN 46204

Robert A. Brothers
Trustee
151 North Delaware Street  Suite 1400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Melkey - File No. 029876B01